**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

VOLKSWAGEN OF AMERICA, INC.  : CIVIL ACTION
                            :
          Plaintiff     :
                            :
           vs.        : NO. 14-CV-5106
                            :
CHAPMAN FORD SALES, INC.    :
d/b/a CHAPMAN VOLKSWAGEN  :
                            :
          Defendant    :

<u>**ORDER**</u>

AND NOW, this    27th    day of August, 2015, it having been reported that the issues between the parties in the above action have been settled and pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), it is hereby ORDERED that the above action is DISMISSED with prejudice, pursuant to the agreement of counsel, without costs.

                                  BY THE COURT:

                                  <u>s/J. Curtis Joyner</u>
                                  J. CURTIS JOYNER,    J.